```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


LEANNE NARANEN                    :

          Plaintiff(s),            :      Civ. 2:10cv5717(DMC)(MF)
                                   :
     v.                               NOTICE OF CALL FOR DISMISSAL
                                   :  PURSUANT TO L. Civ. R. 41.1

VIKING COLLECTION SERVICES, INC.:

          Defendant(s).            :
```

PLEASE TAKE NOTICE, That the above case, having been pending for more than four months without any proceeding having been taken therein, will be called at Court Room No. 4, U.S. Post Office and Courthouse, Newark, New Jersey on 23 August 2011 at 8:30 a.m., or as soon thereafter as the same may be reached, and unless sufficient reason to the contrary is shown, the case will be dismissed in accordance with L. Civ. R. 41.1 of the Local Rules of this Court.

					WILLIAM T. WALSH, CLERK

				by:	S/SCOTT P. CREEGAN
					Scott P. Creegan, Deputy Clerk

DATE: 4 August 2011

To: JUDGE CAVANAUGH
    JUDGE FALK
    Brent Vullings, Esq