```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| LEANNA NARANEN | : | |
|     Plaintiff, | | |
| | : | 2:10cv5717(DMC) |
|     v. | | |
| | : | ORDER DISMISSING CASE |
| VIKING COLLECTION SERVICES | | pursuant to L. Civ. R. 41.1 |
|     Defendant, | : | |

    It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

    It is on this 30TH day of August 2011,

    O R D E R E D that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

                                                  S/DENNIS M. CAVANAUGH  
                                                      DENNIS M. CAVANAUGH  
                                              United States District Judge